No. 73–5055. Caine et al. v. Kentucky. Ct. App. Ky. Certiorari denied. Mr. Justice Douglas would grant certiorari.

No. 73–5119. Farmer et vir v. Toledo Edison Co. Ct. App. Ohio, Ottawa County. Certiorari denied. Mr. Justice Douglas would grant certiorari.

No. 73–5134. Williams v. United States. C. A. 8th Cir. Certiorari denied. Mr. Justice Douglas would grant certiorari.

No. 73–5146. Sheffield v. New Jersey. Sup. Ct. N. J. Certiorari denied. Mr. Justice Douglas would grant certiorari.

No. 73–5195. Sluder v. Tennessee. Sup. Ct. Tenn. Certiorari denied. Mr. Justice Douglas would grant certiorari.

No. 73–5226. Archuleta v. New Mexico. Ct. App. N. M. Certiorari denied. Mr. Justice Douglas would grant certiorari.

No. 73–5259. Martin v. Rose, Warden. C. A. 6th Cir. Certiorari denied. Mr. Justice Douglas would grant certiorari.

No. 72–1386. Erdos v. United States. C. A. 4th Cir. Certiorari denied. Mr. Justice Stewart would grant certiorari.